MONDAY, JUNE 23, 2014

Coram: FUENTES, GREENAWAY, Jr., and NYGAARD, Circuit Judges

S U B M I T T E D

No. 13-3403
Pursuant to 3rd Cir. LAR 34.1(a)

UNITED STATES
OF AMERICA
v.
EDWARD JACKSON,
also known as QUILL

Edward Jackson,
         Appellant
_____

Nos. 13-3434/13-3435/13-3436
Pursuant to 3rd Cir. LAR 34.1(a)

MOTIVA ENTERPRISES LLC
v.
SWISS RE INTERNATIONAL S.E.,
f/k/a SR International Business Insurance
Company PLC; LIBERTY MUTUAL
INSURANCE COMPANY; et al.

Swiss Re: International S.E. f/k/a SR
International Business Insurance
Company PLC, Liberty Mutual
Insurance Company, etc., et al.
         Appellants in 13-3434

continued . . . .

PAGE TWO – CONTINUED                MONDAY, JUNE 23, 2014

Coram: FUENTES, GREENAWAY, Jr., and NYGAARD, Circuit Judges

Nos. 13-3434/13-3435/13-3436 (continued)

MOTIVA ENTERPRISES LLC
v.
SWISS RE INTERNATIONAL S.E.,
f/k/a SR International Business Insurance
Company PLC; LIBERTY MUTUAL
INSURANCE COMPANY; et al.

Cunningham Lindsey US Inc.,
                Appellant in 13-3435

_____

MOTIVA ENTERPRISES LLC
v.
SWISS RE INTERNATIONAL S.E.,
f/k/a SR International Business Insurance
Company PLC; LIBERTY MUTUAL
INSURANCE COMPANY; et al.

Swiss Re: International S.E. f/k/a SR
International Business Insurance
Company PLC, Liberty Mutual Insurance
Company, Zurich American Insurance
Company, et al.
                Appellants in 13-3436

_____

No. 13-4260
Pursuant to 3rd Cir. LAR 34.1(a)

EDDIE MCBRIDE;
LEONARD RILEY, JR.;
EDDIE KNIGHT;
CHARLES S. MILLER-BEY
v.
INTERNATIONAL
LONGSHOREMAN
ASSOCIATION,
                Appellant

PAGE THREE – CONTINUED                    MONDAY, JUNE 23, 2014

Coram: FUENTES, GREENAWAY, Jr., and NYGAARD, Circuit Judges

S U B M I T T E D

No. 13-4585
Pursuant to 3rd Cir. LAR 34.1(a)

UNITED STATES
OF AMERICA
v.
RAHEEM SPRUELL,
a/k/a Jahad Sprueill
a/k/a Jahad Tauheed
a/k/a DaShawn Harris

RAHEEM SPRUELL,
                    Appellant
_____

No. 13-4694
Pursuant to 3rd Cir. LAR 34.1(a)

BLYTHE TOWNSHIP;
FKV, LLC,
              Appellants
v.
JAMES LARISH;
MICHAEL PETROZINO;
TOM BRENNAN;
JOHN BURKE; et al.