UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT
December 1, 2014
XCO-009

Nos. 14-3958 & 14-4422

NEW YORK SHIPPING ASSOCIATION INC, on behalf of its members; METROPOLITAN MARINE MAINTENANCE CONTRACTORS ASSOCIATION, on behalf of its members; INTERNATIONAL LONGSHOREMENS ASSOCIATION AFL-CIO, On behalf of its members and affiliated locals in the Port of New York and New Jersey; LOCAL 1804-1, INTERNATIONAL LONGSHOREMEN'S ASSOCIATION, AFL-CIO; LOCAL 1814, INTERNATIONAL LONSHOREMEN'S ASSOCIATION, AFL-CIO, On behalf of its members

v.

WATERFRONT COMMISSION OF NEW YORK HARBOR

Metropolitan Marine Maintenance Contractors' Association, Inc.,
Appellant

(D.N.J. No. 2-13-cv-07115)

Present:  FISHER, SHWARTZ and GARTH, Circuit Judges

   Motion by Appellant for Leave to File a Principal Brief and a Reply Brief that Exceed the Type/Volume Limitation.

                                          Respectfully,
                                          Clerk/pdb

_____ORDER_____
   The foregoing motion by Appellant Metropolitan Marine Maintenance Contractors' Association, Inc. in Nos. 14-3958 and 14-4422 is granted in part with respect to Appellant's opening brief and denied in part without prejudice to renewal with respect to the reply brief. The moving Appellant may file an opening brief of up to 17,000 words. Appellants are reminded the Court disfavors repetitive briefs and are encouraged to consult with one another regarding the contents of their briefs. Appellants may file a consolidated brief or join in or adopt portions by reference. See Fed. R. App. P. 28(i). Nothing in this order changes the parties' obligation to comply with the word limits set forth in Fed. R. App. P. 32 for response and reply briefs. The opening briefs and joint appendix in this consolidated proceeding shall be filed and served within thirty (30) days of the date of this order.

By the Court,

s/ D. Michael Fisher
Circuit Judge

Dated: December 3, 2014
PDB/cc: All Counsel of Record