# UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

_____

NEW YORK SHIPPING ASSOCIATION, INC.

*Document Filed Electronically*

                    Appellant,

- against -

                    Nos. 14-3956 & 14-4278

WATERFRONT COMMISSION OF NEW YORK HARBOR,

                    Appellee.

_____

INTERNATIONAL LONGSHOREMEN'S ASSOCATION, AFL-CIO, et al.

                    Appellants,

                    Nos. 14-3957 & 14-4279

- against –

WATERFRONT COMMISSION OF NEW YORK HARBOR,

                    Appellee.

_____

METROPOLITAN MARINE MAINTENANCE CONTRACTORS' ASSOCIATION, INC.

                    Appellant,

                    Nos. 14-3958 & 14-4422

- against –

WATERFRONT COMMISSION OF NEW YORK HARBOR,

                    Appellee.

_____

**MOTION OF APPELLEE WATERFRONT COMMISSION OF NEW YORK HARBOR TO FILE A RESPONSIVE BRIEF THAT EXCEEDS THE COURT'S PAGE AND WORD LIMITATIONS**

Appellee Waterfront Commission of New York Harbor ("Commission"), through its undersigned counsel, respectfully requests the Court's permission to file a responsive brief in the above captioned action that exceeds the word and page limitations set forth by Fed. R. App. P. 32(a)(7). The undersigned is mindful of the Third Circuit's January 9, 2012 Standing Order that provides that such motions are strongly disfavored, and will be granted only upon demonstration of extraordinary circumstances. As all parties in this matter agree, such circumstances exist herein.

This action involves a multi-appellant consolidated appeal. On November 3, 2014, this Honorable Court granted the motion filed by Appellants New York Shipping Association, Inc., International Longshoreman's Association, AFL-CIO, Local 1804-1, International Longshoremen's Association, AFL-CIO, and Local 1814, International Longshoremen's Association ("NYSA-ILA") to file a joint principal brief that exceeds the page and word limitations. Appellants were granted permission to file a single joint brief of up to 17,000 words. On December 3, 2014 this Honorable Court also granted the motion filed by Appellant Metropolitan Marine Maintenance Contractors' Association, Inc. ("MMMCA") to file a principal brief that exceeds the page and word limitations. The MMMCA was likewise

granted permission to file a brief of up to 17,000 words. Both briefs are due to be filed today.[1]

The complaint at issue in this appeal sets forth ten causes of action, eight of which Appellants have indicated they intend to address in this matter. As set forth in Appellants' motions, the issues in this case involve several complex questions regarding the scope of the Commission's rule-making authority. Among those issues, as delineated in Appellants' moving papers, are the proper interpretation of the Commission's rulemaking authority, the Commission's entitlement to *Chevron* deference, the permissibility of defining authority by reference to legislative preamble, judicial estoppel and alleged interference with collective bargaining rights and processes. Notably, the Commission will have to respond to certain legal and factual arguments advanced by one appellant that will not be made by the other appellant (e.g., the lower court's denial of the MMMCA's motion to strike portions of the Commission's brief). The Commission will also have to address the appellate jurisdiction issue which the MMMCA has indicated it will address in its brief.

The statutory and regulatory background, the considerable factual background, and the legal issues and arguments will require extensive briefing. It is

---

[1] As of the time of this filing, only the MMMCA has filed its brief. According to the certificate of compliance, the total word count in that brief is 16,499. As such, the number of words in both Appellants' briefs may total up to 33,499 words.

for this reason that the Commission did not object to Appellants' motions to file briefs that exceeded the applicable page and word limits. For the reasons set forth herein, the Commission respectfully requests permission to submit a responsive brief of up to 33,499 words, in order to fully and meaningfully respond to the arguments and issues raised by Appellants in their briefs.

Dated:     January 16, 2015

                                          Respectfully submitted,

                                          */s/ Phoebe S. Sorial*
                                          PHOEBE S. SORIAL
                                          General Counsel
                                          Waterfront Commission of New York Harbor
                                          39 Broadway, 4th Floor
                                          New York, New York 10006
                                          Tel: (212) 905-9202
                                          Fax: (212) 480-0587
                                          Email: psorial@wcnyh.gov

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of January, 2015, I filed an electronic copy of the foregoing through this Court's appellate CM/ECF system, and that service was made *via* the Court's EM/ECF system upon the following counsel of record:

James R. Campbell, Jr., Esq.
Donato Caruso, Esq.
(*Counsel for Appellant in Case Nos. 14-3956 & 14-4278*)

John P. Sheridan, Esq.
Kevin J. Marrinan, Esq.
George T. Daggett, Esq.
(*Counsel for Appellants in Case Nos. 14-3957 & 14-4279*)

Peter O. Hughes, Esq.
Ronald Kreismann, Esq.
William F. Birchfield, Esq.
(*Counsel for Appellant in Case Nos. 14-3958 & 14-4422*)

/s/ Phoebe S. Sorial
PHOEBE S. SORIAL
General Counsel
Waterfront Commission of New York Harbor
39 Broadway, 4th Floor
New York, New York 10006
Tel: (212) 905-9202
Fax: (212) 480-0587
Email: psorial@wcnyh.gov